# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| BRIAN HOROWITZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INTERNATIONAL E-Z UP, INC.,<br><br>　　　　Defendant.<br>―――――――――――――――<br>BRIAN HOROWITZ,<br><br>　　　　Counter-Defendant,<br><br>vs.<br><br>INTERNATIONAL E-Z UP, INC.,<br><br>　　　　Counter-Claimant. | Case No.: 8:22-cv-00951 AB(MRWx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii) AND 41(c)** |

1

The Court, having considered the Joint Stipulation of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c) ("Stipulation") by Plaintiff and Counterclaim Defendant Brian Horowitz and Defendant and Counterclaimant International E-Z Up, Inc., and good cause appearing therefor, **GRANTS** the Stipulation.

**IT IS HEREBY ORDERED that:**

1. The Joint Stipulation of Dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), dismissing the Complaint with prejudice and the Counterclaims without prejudice is approved; and
2. Each party shall bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: September 20, 2022

_____
Hon. André Birotte, Jr.
United States District Court Judge